A CERTIFIED TRUE COPY

SEP - 7 2007

ATTEST Dana L. Stewart
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Case 1:07-cv-07990-JFK Document 4-5 Filed 09/20/2007 Page 1 of 2

'07 CIV 7990

JUDGE KEENAN

AUG 22 2007

FILED
CLERK'S OFFICE

PANEL ON
MULTIDISTRICT LITIGATION

# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## MDL NO. 1789

### IN RE Fosamax Products Liability Litigation

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-32)

On August 16, 2006, the Panel transferred four civil actions to the United States District Court for the Southern District of New York for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See 444 F.Supp.2d 1347 (J.P.M.L. 2006). Since that time, 76 additional actions have been transferred to the Southern District of New York. With the consent of that court, all such actions have been assigned to the Honorable John F. Keenan.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of New York and assigned to Judge Keenan.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation,</u> 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Southern District of New York for the reasons stated in the order of August 16, 2006, and, with the consent of that court, assigned to the Honorable John F. Keenan.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of New York. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

SEP - 7 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

A CERTIFIED COPY
J. MICHAEL McMAHON, CLERK

BY _____
DEPUTY CLERK

# SCHEDULE CTO-32 - TAG-ALONG ACTIONS
## MDL NO. 1789
### IN RE Fosamax Products Liability Litigation

| DIST. DIV. C.A.# | CASE CAPTION |
|---|---|
| **CALIFORNIA CENTRAL** | |
| CAC 2 07-4651 | Lawrence N. Moyer, et al. v. Merck & Co., Inc., et al. |
| ~~CAC 2 07-4655~~ | ~~Carrie Smith, et al. v. Merck & Co., Inc., et al.~~     Opposed 9/5/07 |
| **NEW JERSEY** | |
| NJ 3 07-3540 | Anne DeVito v. Merck & Co., Inc. |
| **OHIO SOUTHERN** | |
| OHS 1 07-576 | Fred Moorman v. Merck & Co., Inc. |
| **TEXAS EASTERN** | |
| TXE 2 07-318 | Janis Graham, et al. v. Merck & Co., Inc. |
| **TEXAS NORTHERN** | |
| TXN 5 07-161 | Sharon Redford, et al. v. Merck & Co., Inc., et al |